## Commonwealth ex rel. Harnish, Appellant, v. Myers.

Submitted June 15, 1965. *Philip Harnish,* appellant, in propria persona; *Theodore A. Parker,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Hicks, Appellant, v. Cavell.

Submitted June 14, 1965. *Norman J. Hicks,* appellant, in propria persona; *Myrna P. Field* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.